UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW CHARLES HEFFRON, <br><br> Defendant. | Case No. CR06-79-JCC-6 <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 29, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Adam Cornell, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Thomas Fitzgerald. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on December 7, 2007 by the Honorable John C. Coughenour for Conspiracy to Distribute Marijuana. He received 12 months and 1 day of imprisonment and 3 years of supervised release.

1. On April 28, 2009, in response to his admitted alcohol consumption in March 2009,

a Report on Offender Under Supervision was submitted to the Court. No action was recommended at that time as Mr. Heffron was referred for a chemical dependency evaluation.

2. On June 14, 2009, Mr. Heffron agreed to have his conditions modified to include 120 days participation in the home confinement program with electronic monitoring and sobrietor. This modification was in response to continued alcohol consumption and an arrest for driving under the influence on June 5, 2009.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition and a memorandum dated June 24, 2009, U.S. Probation Officer Thomas J. Fitzgerald alleged that defendant violated the following conditions of supervised release:

1. Failing to comply with the home confinement program on June 23, 2009, in violation of the special condition requiring he participate in the home confinement program with electronic monitoring and the sobrietor as directed by the probation officer for 120 days.

2. Consuming alcohol on June 23, 2009 in violation of special condition number one of his supervised release.

3. Committing the crime of driving while intoxicated on June 23, 2009, in violation of the general condition that he not commit another federal, state, and/or local crime.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing July 10, 2009 at 9:00 a.m. before District Judge John C. Coughenour. Defendant was remanded to custody pending his disposition hearing.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 29th day of June, 2009.

/s/ BAT
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -3